Opinion issued June 13, 2002














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00477-CR

____________


GUADALUPE TOVAR ROSALES, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 253rd District Court

Chambers County, Texas

Trial Court Cause No. 11369






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant was
sentenced in this case on December 17, 2001. No motion for new trial was filed. The
deadline for filing notice of appeal was therefore January 16, 2002, 30 days after
sentencing. See Tex. R. App. P. 26.2(a)(1). Notice of appeal was filed on March 27,
2002, more than two months after the deadline. The notice of appeal itself indicates
that appellant did not execute it until March 22, 2002. When no timely notice of
appeal is filed, an appellate court is without authority to do anything other than to
dismiss the appeal. Slaton v. State, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998);
Olivo v. State, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

 We therefore dismiss the appeal for lack of jurisdiction.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Smith. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jackson B. Smith, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.